UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |  |
|---|---|---|
| PETER KAZARIAN, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. _____ |
| SHANIX, INC., D/B/A SHANIX TECHNOLOGY, INC. | : | |
| Defendant. | : | |

## NOTICE OF REMOVAL

Defendant Shanix, Inc., d/b/a Shanix Technology, Inc., ("Defendant") files this Notice of Removal in accordance with 28 U.S.C. §§ 1331, 1441, and 1446, and hereby removes this action from the Superior Court of the State of Rhode Island, Providence County, to the United States District Court for the District of Rhode Island. As its reasons for removal, Defendant states:

## BACKGROUND

1. By Summons and Complaint, Plaintiff Peter Kazarian ("Plaintiff") commenced a civil action against Defendant in Providence County Superior Court titled *Peter Kazarian v. Shanix Inc., d/b/a Shanix Technology, Inc.,* C.A. No. KC-2022-04636 (the "Superior Court Action"). True and accurate copies of the Summons and Complaint Plaintiff caused to be served upon Defendant are attached as **Exhibit A** and constitute all processes, pleadings and orders served upon Defendant in this action to the present date. 28 U.S.C. § 1446(a).

2. Defendant was served with the Summons and Complaint in the Superior Court Action on October 5, 2022. The instant Notice of Removal is being filed within thirty (30) days

of the date on which Defendant was served with the Summons and Complaint in the Superior Court Action.  28 U.S.C. § 1446(b).

3.  Attached as **Exhibit B** is a copy of the Notice of Filing of Notice of Removal, the original of which is being filed with the Providence County Superior Court.  28 U.S.C. § 1446(d).

## FEDERAL QUESTION JURISDICTION

4.  This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 because the Complaint states a federal cause of action against Defendant under the Age Discrimination in Employment Act, 29 U.S.C. §§ 621 *et seq.* ("ADEA").  (Compl. ¶¶ 1, 4, 9, 34-36.)  Thus, this case is a civil action over which this Court has original "federal question" jurisdiction under 28 U.S.C. § 1331, in that the action arises under the Constitution, laws, or treaties of the United States.

5.  Accordingly, this action is removable, without regard to the citizenship or residence of the parties pursuant to 28 U.S.C. §§ 1331 and 1441(b) ("Any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the … laws of the United States shall be removable without regard to the citizenship or residence of the parties.").

6.  The Court has supplemental jurisdiction over Plaintiff's state law claim for age discrimination in violations of the Rhode Island Fair Employment Practices Act, R.I. Gen. Laws §§ 28-5-1 *et seq.* ("FEPA") (Compl. ¶¶ 1, 2, 7-8, 34-36.) and the Rhode Island Civil Rights Act, R.I. Gen. Laws §§ 42-112-1 *et seq.* ("RICRA") (Compl. ¶¶ 1, 3, 34-36.).  The federal claim and state law claims arise from the same case or controversy because they emanate from Plaintiff's allegations relating to his employment with Defendant and Defendant's allegedly discriminatory

treatment of Plaintiff. Therefore, this Court has supplemental jurisdiction over Plaintiff's state laws claim. 28 U.S.C. § 1367(a).

## REMOVAL TO THIS DISTRICT IS PROPER

7. This Notice of Removal is being filed in the District of Rhode Island, the District Court of the United States for the district and division within which the Superior Court Action is pending. 28 U.S.C. § 120 and 28 U.S.C. §§ 1441(a) and 1446(a).

WHEREFORE, Defendant respectfully requests that the Superior Court Action be removed and proceed in the United States District Court for the District of Rhode Island.

Respectfully submitted,

SHANIX, d/b/a SHANIX TECHNOLOGY, INC.,

/s/ Eric B. Mack
Eric B. Mack (#7784)
Gregory E. Henninger (#9776)
LITTLER MENDELSON, P.C.
One Financial Plaza, Suite 2205
Providence, RI  02903
(401) 824-2500
(401) 454-2969 (fax)
emack@littler.com
Dated:  October 25, 2022                    ghenninger@littler.com

## **CERTIFICATE OF SERVICE**

I, Eric B. Mack, certify that a true and accurate copy of the foregoing Notice of Removal was filed electronically by operation of the Court's CM/ECF System and served electronically as identified on the Notice of Filing as well as via email upon the following counsel of record on this 25th day of October, 2022:

Robert E. Savage, Esq.
SAVAGE & SAVAGE
156 Airport Road
Warwick, RI  02889
robert@savageandsavage.com

/s/ Eric B. Mack
Eric B. Mack

4874-5112-1709.2 / 113375-1001